UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THELMA ANDERSON,

        Plaintiff,

   v.

RODERICK Q. HICKMAN, et al.,

        Defendants.

NO. CIV. S-07-1466 LKK/DAD

O R D E R

/

    The court has received the defendants' motion to dismiss the plaintiff's Complaint and the plaintiff's response thereto. As explained below, the court grants the motion.

    The plaintiff's complaint alleges the defendants acted unlawfully in their treatment of her son, who was in custody at High Desert State Prison. He was found dead there on February 22, 2006. The plaintiff alleges violations of 42 U.S.C. § 1983 and for wrongful death. She brings her claims individually and as the successor in interest to her son.

    The defendant correctly asserts that the plaintiff's claims are inadequately pled. First, she has not alleged that she is the

1  lawful successor in interest of her son's estate. See Cal. Code
2  Civ. P. § 377.32; Coates v. K-Mart Corp., 215 Cal. App. 3d 961
3  (1989). Second, in her claim brought in her individual capacity,
4  she alleges that the defendants violated her Eighth Amendment
5  rights. She does not, however, allege facts to substantiate this
6  claim. If her intent was to plead that the defendants interfered
7  with the companionship and society of the decedent, this is not
8  properly pled under the Eighth Amendment. See Smith v. City of
9  Fontana, 818 F.2d 1411 (9th Cir. 1987). Finally, the plaintiff has
10 not pled in her wrongful death claim that she is a proper plaintiff
11 under California Code of Civil Procedure § 377.60. See Von Batsch
12 v. American Dist. Tele. Co., 175 Cal. App. 3d 1111, 1119 (1985).
13      In her opposition, the plaintiff does not dispute these
14 deficiencies and states that they can be remedied in an amended
15 complaint. Therefore, the defendants' motion is GRANTED. The
16 plaintiff is given 45 days from the date of this order to file an
17 amended complaint.
18      IT IS SO ORDERED.
19      DATED: February 14, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2