Abraham N. Goldman, SBN 102080
David Springfield, SBN 226630
ABRAHAM N. GOLDMAN & ASSOCIATES, LTD.
P.O. Box 120 / 12896 Rices Crossing Road
Oregon House, California 95962
Tel.: (530) 692-2267
Fax: (530) 692-2543
E-mail: agoldman@succeed.net   davids@succeed.net

Attorney for Plaintiff THELMA ANDERSON,
Individually and as Special Administrator, Personal
Representative, and Successor in Interest
to the Estate of Howard Earl McCowan, III,
deceased, and on behalf of heirs of Howard Earl
McCowan, III, deceased

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| THELMA ANDERSON, | Case No: **2:07-CV-01466 LKK/DAD** |
| Plaintiff, | **ORDER FOR RELEASE OF EVIDENCE AND OTHER DISCOVERABLE MATERIAL IN POSSESSION OF LASSEN COUNTY CORONER** |
| v. | |
| RODERICK Q. HICKMAN, et al. | |
| Defendants. | |

Pursuant to the Stipulation of the Parties in this action pursuant to F.R.C.P. Rule 26 and California Code of Civil Procedure Section 129, it is hereby ORDERED:

The Lassen County Coroner, Susanville, California, shall within five (5) days of service of this Order, release for inspection and copying any and all photographs, negatives, prints, including instant photographs and video tapes and any electronically stored information, in any format whatsoever, to be downloaded onto a disc or other drive with software allowing said electronic information to be accessed, viewed, and reproduced of the body or any portion of the body of HOWARD EARL McCOWAN, III; DOB: 09/08/1971, SSN: 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, taken by or

for the Coroner, on in the possession of the Coroner, and release any other post-mortem or forensic materials whatsoever relating to HOWARD EARL McCOWAN, III; and release any crime scene evidence whatsoever relating to HOWARD EARL McCOWAN, III; and all other writings as that term is defined in California Evidence Code Section 250, and release any and all other discoverable materials as described in F.R.C.P. Rule 26, including all electronic data in any format, to the attorneys for the parties in the above captioned action: Abraham N. Goldman and David Springfield, attorneys for plaintiffs, and their forensic pathologist, David M. Posey, M.D., and to the Office of the California Attorney General, counsel for all defendants in this action. Counsel for plaintiff will provide counsel for all defendants with a copy of all photographs.

All information of any kind that relates to the decedent, HOWARD EARL McCOWAN, III, in any fashion whatsoever and in whatever format, hard copy or electronic, and of all electronic formats and sources, including any and all meta-data, shall be included in this Production Order, without exception, for the sole purpose of:

1. Discovery in this action;
2. Forensic examination.

Further, counsel for the parties shall meet and confer in good faith regarding access to any original materials in the possession of the Coroner that cannot be duplicated, such as tissue and blood samples, if any.

After the parties have examined any original material that cannot be duplicated, the original materials shall be kept in the possession of David M. Posey, M.D., plaintiffs' forensic examiner, until the closure of this action. At that time, unless said materials, if any, are exhibits in the possession of the Court, they shall be returned to the Office of the Lassen County Coroner.

Dated: March 28, 2008.

_Dale A. Drozd_
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/anderson1466.release.stipord

**ORDER FOR RELEASE OF EVIDENCE AND OTHER DISCOVERABLE MATERIAL IN POSSESSION OF LASSEN COUNTY CORONER**

- 2 -