Abraham N. Goldman, SBN 102080
David Springfield, SBN 226630
ABRAHAM N. GOLDMAN & ASSOCIATES, LTD.
12896 Rices Crossing Road
P.O. Box 120
Oregon House, California 95962
Tel. (530) 692-2267
Fax. (530) 692-2543

Attorney for Plaintiff THELMA ANDERSON,

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| THELMA ANDERSON, | Case No: **2:07-CV-01466-LKK-DAD** |
| Plaintiff, | **ORDER** |
| v. | |
| RODERICK Q. HICKMAN, et al. | |
| Defendants. | |

This matter came to be heard on the parties Agreed Motion to Modify Status (Pretrial Scheduling) Order, Discovery Cutoff, Pretrial and Trial Dates.

The Court finding that good cause has been shown in the Stipulation of the parties, it is hereby ORDERED that:

1. The parties' Motion is granted;

2. The Discovery Cutoff Date is re-set to October 14, 2008;

3. The Motion Cutoff Date is re-set to December 14, 2008;

4. Expert Discovery will be sixty (60) days before the new Discovery Cutoff Date;

5. The Pretrial Conference is re-set for March 16, 2009 at 2:00 p.m.;

6. Trial in this matter is re-set to July 16, 2009 at 10:30 a.m.

///

**[PROPOSED] ORDER**

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS SO ORDERED.
2  DATED:  May 12, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com