IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **THELMA ANDERSON,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**RODERICK Q. HICKMAN, et al.,**<br><br>                              Defendants. | Case No.: 2:07-CV-01466-LKK-DAD<br><br>**ORDER** |

On June 10, 2008, Defendants and Plaintiff filed a stipulation and motion to continue hearing on defendants' motion to dismiss.

**FOR GOOD CAUSE SHOWN,** the motion is granted and Defendants' motion to dismiss will be heard on July 11, 2008, at 10:00 a.m. before this Court

DATED: June 10, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[Proposed] Order

1