UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THELMA ANDERSON,

        Plaintiff,

   v.

RODERICK Q. HICKMAN, et al.,

        Defendants.

NO. CIV. S-07-1466 LKK/DAD

O R D E R

Defendant's motion to dismiss (Dock. No. 23) argues that plaintiff lacks standing under California law to bring suit on behalf of decedent as either a personal representative or successor-in-interest. On July 14, 2008 the Superior Court of California, Sacramento County granted plaintiff's Petition for Letters of Special Administration, which permits plaintiff to administer decedent's estate. Decl. of Abraham Goldman. In addition, plaintiff has standing to bring her own Fourteenth Amendment claim for the loss of companionship of her son. See Ward v. City of San Jose, 967 F.2d 280, 283 (9th Cir. 1991). Accordingly, the court DENIES defendant's motion to dismiss as

1

1  moot.
2       IT IS SO ORDERED.
3       DATED:  July 22, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT